Bahjat M. Abdallah, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* FOSTER, APPELLEE.

[Cite as *State v. Foster,* 134 Ohio St.3d 590, 2012-Ohio-5765.]

(No. 2012–0843—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341, and the cause is remanded to the trial court for resentencing.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.

Cicero Law Office and Anthony Cicero, for appellee.